**Order filed November 22, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00565-CV

_____

## KATIE RANKIN, Appellant

## V.

## ERICA HERNANDEZ, CHANTAY SOLANO, AND DELCIA SALDANA, Appellees

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-18318**

## ORDER

The reporter's record in this case was due **August 31, 2022**. *See* Tex. R. App. P. 35.1. On October 4, 2022, this court ordered Cynthia Grijalva, the court reporter, to file the record by November 3, 2022. On October 6, 2022, the court reporter requested an extension of time until October 31, 2022. The record has not

been filed with the court. Because the reporter's record has not been filed timely, we issue the following order:

We order Cynthia Grijalva, the court reporter, to file the record in this appeal **within 10 days** of the date of this order. **No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Cynthia Grijalva** does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Poissant.